IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS CANADA and INDRA SMITH,
Each Individually and on Behalf of All Others
Similarly Situated                                                                                    PLAINTIFFS

v.                                              No. 4:20-cv-998-DPM

CENTRAL MOLONEY, INC.                                                                     DEFENDANT

## ORDER

Joint motion, *Doc. 30*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement reflects a good-faith resolution of a *bona fide* dispute about wages and other employment-related matters. And the attorney's fee was negotiated separately, after the parties had settled the wage claims. The Court will dismiss the amended complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2022