IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS CANADA and INDRA SMITH,
Each Individually and on Behalf of All Others
Similarly Situated                                                    PLAINTIFFS

v.                          No. 4:20-cv-998-DPM

CENTRAL MOLONEY, INC.                                                 DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 16 March 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2022